UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 95-30315
_____


FIRST NATIONAL BANK; HIBERNIA NATIONAL BANK,
HIBERNIA NATIONAL BANK, AS SUCCESSORS
IN INTEREST FOR FIRST NATIONAL BANK,

                                        Plaintiffs,

              and

FEDERAL DEPOSIT INSURANCE CORPORATION,
as Receiver for First National Bank,

                                        Plaintiff-Appellee,

                      versus

BRAINTREE INC; KERMIT L ROUX, JR;
and KATHRYN FELT ROUX;

                                        Defendants-Appellants.


_____

Appeal from the United States District Court for the
            Eastern District of Louisiana
                  (94-CV-1544-S)
_____


                  February 15, 1996
Before JOLLY, JONES, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

     After considering the record and briefs in this appeal, we

affirm for the following reasons:

_____

[*]Pursuant to Local Rule 47.5, the court has determined that this
opinion should not be published and is not precedent except under
the limited circumstances set forth in Local Rule 47.5.4.

1.    The Federal Deposit Insurance Company (FDIC) reacquired the note which it originally transferred to Hibernia National Bank; and

2.    The note reacquired by the FDIC was a part of a bulk sale originally conducted by the FDIC.

Under such circumstances, Louisiana's litigious redemption statute is not applicable.  <u>See</u> <u>Moss v. Coury</u>, 613 So.2d 270 (La. Ct. App. 1992); <u>Peoples Homestead Federal Bank and Trust v. Laing</u>, 637 So.2d 604 (La. Ct. App. 1994).

AFFIRMED.